## LOUISA MEHLE v. J. M. LAPEYROLLERIE.

The wife is entitled to a divorce upon proof of adultery against her husband.

Positive or direct evidence is not necessary to establish adultery. Where from the circumstances proven no other inference can be drawn, but that there was an improper intimacy or illicit connection between the parties, the fact of adultery or concubinage will be considered as substantiated.

APPEAL from the District Court of the Parish of Jefferson, *Burthe, J.* *Michel & Koontz*, for Plaintiff and appellant. *P. Soulé* and *L. Charvet* for defendant.

VOORHIES, J. The plaintiff is entitled to a judgment of divorce against the defendant, her husband.

The evidence shows that the latter has committed adultery with a negro woman named *Charlotte.* Indeed, he appears to have kept her as his concubine. Acts 1855, p. 376.

These facts, it is true, are shown by circumstantial evidence; but we are not aware that, for this purpose, positive or direct evidence is necessary. Where, as in the present case, from the circumstances proven, no other inference can be drawn but that there was an improper intimacy or illicit connection between the parties, the fact of adultery or concubinage must be considered as substantiated. C. C. 2263, 2267.

The defendant's counsel state, in their brief, that the suspicious circumstances attending the visits of their client to the slave *Charlotte*, were subsequent in date to the abandonment of the common dwelling by the wife. There is not, in the pleadings, any allegation of such abandonment; nor does the evidence show that the wife left the husband's domicil previously to the time of the latter's connection with the slave *Charlotte.*

It is, therefore, ordered and decreed that the judgment of the District Court be reversed; and that the plaintiff do have judgment against the defendant; and that the bonds of matrimony heretofore existing between the said parties be dissolved; and that the defendant pay the costs of both courts.